UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:  Kathrine Joyce Traylor**<br>        **Docket Number:  0972 1:16CR00100-001**<br>        <u>**PERMISSION TO TRAVEL**</u><br>        <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:


Kathrine Joyce Traylor is requesting permission to travel to Italy to embark on a cruise with her mother to Croatia, Turkey, and Greece.  Kathrine Joyce Traylor is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On June 2, 2016, Kathrine Joyce Traylor was sentenced in the District of North Dakota for the offense(s) of 21 U.S.C. 841(a)(1) and 18 U.S.C. 2 – Possession with Intent to Distribute a Controlled Substance, two counts.

**Sentence Imposed:**   "Time served" (314 days), 3 years Supervised Release, $200 Special Assessment, Mandatory Drug Testing.  Special conditions: Substance Abuse Treatment, Abstain from Alcohol, Drug Testing, Mental Health Treatment, RRC Placement (as directed by USPO), Search

**Dates and Mode of Travel:**   Departing Bakersfield, California, by airplane and flying to Venice, Italy, on October 12, 2016.  Boarding Royal Caribbean International Vision of the Seas on October 15, 2016, with ports in Croatia, Turkey, Greece, and returning to Italy on October 22, 2016, where they will remain until their flight home October 24, 2016.

**Purpose:**  To travel/vacation with mother.

RE:     Kathrine Joyce Traylor
        Docket Number:  0972 1:16CR00100-001
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                           Respectfully submitted,

                           */s/ Julie R. Martin*

                           JULIE R. MARTIN
                           Sr. United States Probation Officer

Dated:  September 12, 2016
        Bakersfield, California
        JRM:jrm

                           */s/ Brian J. Bedrosian*

**REVIEWED BY:**           **BRIAN J. BEDROSIAN**
                           **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

        ☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:  **September 12, 2016**              */s/ Dale A. Drozd*
                                            UNITED STATES DISTRICT JUDGE